IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS MENDOZA A/K/A SANTOS
GERARDO MENDOZA CASTELLON                                                    PLAINTIFF

v.                                    Civil No. 4:16-cv-04029

SERGEANT WISE, BOOKING OFFICER
JONES; LIEUTENANT HEATH ROSS;
BOOKING OFFICER TODD WILLY;
And MAIL LADY DAVIS                                                          DEFENDANTS

REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff Santos Mendoza filed this 42 U.S.C. § 1983 action *pro se* on April 11, 2016. ECF No. 1. With his Complaint, Plaintiff filed an application to proceed *in forma pauperis* ("IFP"). ECF No. 2. In reviewing the IFP application, the Court noted that Plaintiff had listed various assets including real estate and a building in Hope, Arkansas valued at $68,000. Based on Plaintiff's list of assets, Plaintiff was directed to inform the Court as to whether he owed any money for which the real estate and building were pledged as security. ECF No. 3. Plaintiff responded by filing a Motion to Proceed IFP (ECF No. 5) indicating he did not owe any money on the property or building valued at approximately $68,000.

Given his assets, I recommend that the motion to proceed IFP (ECF No. 5) be **denied**. Plaintiff should be directed to pay the full filing fee.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is**

1

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

      **IT IS SO ORDERED this 8th day of June 2016**.

                      /s/ *J. Marschewski*
                      HON. JAMES R. MARSCHEWSKI
                      UNITED STATES MAGISTRATE JUDGE