IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS MENDOZA A/K/A SANTOS
GERARDO MENDOZA CASTELLON                                         PLAINTIFF

v.                                    Civil No. 4:16-cv-04029

BOOKING OFFICER JONES;
LIEUTENANT HEATH ROSS;
CAPTAIN GODBOLT; JAILER
TORPLER; JAILER BLAND;
JAILER FINCHER; JAILER MILLS;
JAILER STACY; JAILER MALONE;
JAILER ROBINSON; JAILER
HINSON; JAILER MCCMORES;
SERGEANT CATO; COMMISSARY
WORKER MAYS; and BOOKING
STAFF PINDERGRASS                                                 DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff, Santos Mendoza, pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for Service. ECF No. 14. Plaintiff filed his Amended Complaint on July 18, 2016. ECF No. 13. Prior to serving the named Defendants, the Prison Litigation Reform Act requires the Court to determine whether the causes of action stated in Plaintiff's complaint (1) are frivolous or malicious, (2) fail to state claims upon which relief may be granted, or (3) seek monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. §§ 1915(e)(2)(B) & 1915(A). Plaintiff's motion is therefore premature.

Accordingly, Plaintiff's Motion for Service (ECF No. 14) is **DENIED.**

**IT IS SO ORDERED** this 26th day of July, 2016.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE