IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS MENDOZA                                                                                    PLAINTIFF

v.                                           Case No. 4:16-cv-4029

BOOKING OFFICER JONES, *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 4, 2016, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Marschewski recommends that Plaintiff Santos Mendoza's case be dismissed without prejudice due to Plaintiff's failure to prosecute this case, failure to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Courts for the Eastern and Western Districts of Arkansas, and failure to comply with the Court's orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of November, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge